## MILWAUKEE AMERICAN ASSOCIATION v. K. M. LANDIS et al.

No. 4586.

Circuit Court of Appeals, Seventh Circuit.

Dec. 31, 1931.

G. M. Peters, of Chicago, Ill., for appellant.

Leslie M. O'Connor, of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellants, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

## Roger MORTON et al., as Executors, etc., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 57.

Circuit Court of Appeals, Second Circuit.

Nov. 10, 1932.

Valentine B. Havens and Chas. B. McInnis, both of New York City, for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Paul D. Miller, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and L. H. Rushbrook, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondents.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

## NASH BREYER MOTOR COMPANY, formerly Troy Motor Sales Company, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 6241.

Circuit Court of Appeals, Ninth Circuit.

Dec. 8, 1932.

See, also, 44 F.(2d) 376.

Geo. G. Witter and M. F. Mitchell, both of Los Angeles, Cal., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key and Morton K. Rothschild, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Alva C. Baird, Sp. Atty., Bureau of Internal Revenue, of Los Angeles, Cal., of counsel), for respondent.

Before MACK, Circuit Judge, and KERRIGAN and ST. SURE, District Judges.

PER CURIAM.

Upon consideration of motion of petitioner for leave to amend petition to review and upon motion of respondent to dismiss cause for failure of petitioner to file petition to review within six months after decision of Board of Tax Appeals, and for failure to print record and file brief as required by Rules of Practice of this Court, ordered motion to dismiss granted; and petition to review dismissed.